## 17334.   BROCK v. HURST.

JENKINS, P. J.   The motion for a new trial being upon the general grounds only, and the verdict being fully authorized by the evidence and approved by the trial judge, this court is not authorized to set it aside.
*Judgment affirmed.   Stephens and Bell, JJ., concur.*
DECIDED OCTOBER 16, 1926.

Complaint; from city court of Cairo—Judge Rigsby.   February 22, 1926.

*C. F. Richter,* for plaintiff in error.   *W. H. Duckworth,* contra.

Appeal and Error, 4 C. J. p. 864, n. 34.